UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP EMIABATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON TRUST COMPANY NA/JP MORGAN CHASE BANK, et al., <br><br> Defendants. | Case No. C17-1302-JLR <br><br> ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiffs, proceeding *pro se*, have filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law, and the balance of the record, the Court ORDERS as follows:

(1) Plaintiffs' application to proceed IFP (Dkt. 1) is DENIED. Plaintiffs' application is deficient because they failed to comply with LCR 3(b). Specifically, plaintiffs failed to use the proper IFP application form approved for use in this district.

(2) Plaintiffs are GRANTED LEAVE TO AMEND, and shall have **30 days** from the date of this Order to correct this deficiency. Plaintiffs are advised that this case may be subject to dismissal if they do not respond to this Order or fail to correct this deficiency.

//

//

ORDER
PAGE - 1

(3) The Clerk is directed to send plaintiffs a blank copy of the Court's IFP application, a standard written consent for payment of costs form, and a copy of this Order.

DATED this 11th day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2