UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP EMIABATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA/JP MORGAN CHASE BANK, et al.,<br><br>    Defendants. | Case No. C17-1302-JLR<br><br>ORDER GRANTING AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RECOMMENDING REVIEW |

    Plaintiffs, proceeding *pro se*, have filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 3. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

    (1)    Because plaintiffs do not appear to have funds available to afford the $400.00 filing fee, they financially qualify for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiffs' IFP application, Dkt. 3, is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

//

//

//

ORDER
PAGE - 1

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiffs and to the Honorable James L. Robart.

DATED this 14th day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2